[No. 36136-1-II.   Division Two.   September 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON LEE REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00890-3, Kathryn J. Nelson, J., entered March 30, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J.; Hunt, J., concurring separately.

[No. 36038-1-II.   Division Two.   October 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER JAMES MAHONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01236-3, Ronald E. Culpepper, J., entered February 5, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 36088-8-II.   Division Two.   October 14, 2008.]

NIKKI M. WILSON ET AL., *Appellants*, v. LAWRENCE FRYE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-06136-2, Beverly G. Grant, J., entered February 23, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.